IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| OREGON NATURAL DESERT ASS'N,<br>WESTERN WATERSHEDS PROJECT,<br>NORTHWEST ENVIRONMENTAL<br>DEFENSE CENTER, OREGON WILD,<br>CENTER FOR BIOLOGICAL<br>DIVERSITY, FOREST GUARDIANS, and<br>FRIENDS OF OREGON'S LIVING<br>WATERS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 07-634-AS<br><br>ORDER |

Peter M. Lacy
Oregon Natural Desert Association
917 S.W. Oak Street, Suite 408
Portland, Oregon  97205

Page 1 - ORDER

Melissa Powers
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, Oregon  97219

Kristin F. Ruether
Advocates for the West
P. O. Box 1612
Boise, Idaho  83701

      Attorneys for Plaintiffs

Karin J. Immergut
United States Attorney
District of Oregon
Stephen J. Odell
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Ronald J. Tenpas
Assistant Attorney General
Steven E. Rusak
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, Colorado  80294

      Attorneys for Defendants

Damien M. Schiff
James S. Burling
Pacific Legal Foundation
3900 Lennane Drive, Suire 200
Sacramento, California  95834

Jill S. Gelineau
Schwabe Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Oregon  97204

      Attorneys for Amici Curiae Applicants

Page 2 - ORDER

KING, Judge:

The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on November 30, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiffs have filed objections and defendant has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Ashmanskas's Findings and Recommendation (#32) and GRANT defendant's Motion for Judgment on the Pleadings (#9).

Dated this _____10th_____ day of January, 2008.


　　　　　　　　　　 /s/ Garr M. King
　　　　　　　　　　Garr M. King
　　　　　　　　　　United States District Judge

Page 3 - ORDER